FILED'06 APR 26 0835USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ZONA KEEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 05-6043-JE |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

D. James Tree
Tree Law Offices
3711 Englewood Avenue
Yakima, Washington  98902

Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Neil J. Evans
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Thomas M. Elsberry
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and

Recommendation on March 27, 2006. The matter is before this court. See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me

of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#24).

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and

the case is REMANDED for further proceedings in accordance with the Findings and

Recommendation.

Dated this _____**25**_____ day of April, 2006.

                                      _____
                                      Garr M. King
                                      United States District Judge