FILED'06 AUG 17 10:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZONA KEEN,                           )
                                     )   Civil No. 05-6043-JE
         Plaintiff,                  )
                                     )
    v.                               )   ORDER
                                     )
JO ANNE B. BARNHART,                 )
Commissioner, Social                 )
Security Administration,             )
                                     )
         Defendant.                  )

JELDERKS, Magistrate Judge:

Order: Granting Plaintiff's unopposed application for an award of attorney fees in the amount of $5,349.59, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $165.80, pursuant to 28 U.S.C. § 1920.

DATED this 16 day of August, 2006.

Garr M. King
United States District Judge

Order